AARON D. FORD
Attorney General
JOSETTE A. VANDERLAAN (Bar No. 17007)
Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
Tele: (702) 486-3268
Fax: (702) 486-3773
jvanderlaan@ag.nv.gov

*Attorneys for Defendant*
*NEVADA DEPARTMENT*
*OF HUMAN SERVICES*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DANIEL ANTHONY ORIZABA<br>Plaintiff,<br><br>vs.<br><br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION (EEOC) NEVADA DEPARTMENT OF HEALTH AND HUMAN SERVICES / DIVISION OF SOCIAL SERVICES (DHHS/DSS)<br><br>Defendants. | Case No. 2:26-cv-00334-APG-DJA<br><br>~~STIPULATION, REQUEST, AND~~ **ORDER TO CONTINUE RULE 26(f) CONFERENCE**<br><br>**(FIRST REQUEST)** |

Pursuant to LR 7-1, Defendants, Equal Employment Opportunity Commission ("EEOC") and Nevada Department of Human Services[1] ("DHS"), by and through their respective counsel, and Plaintiff, appearing pro se, hereby submit their Stipulation, Request, and Order to Continue the Rule 26(f) Conference until after the Court adjudicates Defendants' respective Motions to Dismiss (ECF No. 20 and 26).

Plaintiff filed a Complaint (ECF No. 1) on February 10, 2026. Plaintiff attempted to serve Defendants on May 11, 2026. ECF No. 19. Defendant DHS filed a Motion to Dismiss on June 24, 2026. ECF No. 20. Defendant EEOC filed a Motion to Dismiss on July 10, 2026. ECF No. 26. Plaintiff filed

[1] The Department of Human Services was formerly known as the Department of Health and Human Services ("DHHS").

Oppositions to both Motions on July 23, 2026, (ECF No. 28 and 29) and Defendants replied to their respective Oppositions on July 30, 2026, (ECF No. 30 and 31). Both Motions to Dismiss remain pending before the Court.

On October 23, 2026, Plaintiff filed a Motion to Extend Time to Serve Defendant DHHS/DSS (ECF No. 33), which Defendant DHS did not oppose (ECF No. 35). The Court has ordered Plaintiff to serve Defendant DHS by January 8, 2027. ECF No. 36.

On October 27, 2026, the Court ordered the parties to file a stipulated discovery plan and scheduling order by November 30, 2026. ECF No. 34. The parties have conferred electronically and agree it is in their best interest to continue the Rule 26(f) conference until after the Court makes determinations on the pending Motions to Dismiss (ECF No. 20 and 26). Defendants EEOC and DHS are public entities and operate using taxpayer money and resources. Plaintiff is appearing pro se and is covering his litigation costs personally. It would avoid unnecessary costs for all parties to wait to hold the Rule 26(f) conference until it is clear which claims and parties will survive the Motions to Dismiss.

Upon agreement by and between all the parties, through their respective counsel where applicable, the undersigned counsel and pro se Plaintiff request that this Court grant a continuance for the Rule 26(f) conference until 30 calendar days after the Court issues an Order on ECF No. 20 or 26, whichever comes later.

//

//

//

//

//

//

//

//

//

//

By entering into this stipulation, none of the parties waive any rights they have under statute, law, or rule with respect to Plaintiff's Complaint.

Respectfully submitted this 13th day of November, 2026.

DANIEL ORIZABA

By: */s/ Daniel Orizaba*
5795 Flamingo Rd, Apt 209
Las Vegas, NV 89103
danielorizaba@gmail.com
702-846-4235 (Video Relay Services)
*Plaintiff*

AARON D. FORD
Attorney General

By: */s/ Josette Vanderlaan*
Josette A. Vanderlaan
Nevada Bar No. 17007
Deputy Attorney General
*Attorney for Defendant DHS*

TODD BLANCHE
Acting Attorney General
SIGAL CHATTAH
First Assistant United States Attorney

By:*/s/ Russell Webb*
Russell Webb
Assistant United States Attorney
*Attorney for Defendant EEOC*

**ORDER**

IT IS SO ORDERED.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: November 17, 2026